# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE LOPEZ ZAMORANO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-01174-KES-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING DEFENDANT'S TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT<br><br>(Doc. 9) |

Pending before the Court is Defendant's stipulated request to extend the deadline to file a response to Plaintiff's complaint from November 12, 2025, through and including December 17, 2025. (Doc. 9).

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

1. Defendant shall file a copy of the administrative record by no later than **December 17, 2025**; and

2. The briefing schedule on the parties' cross-motions for summary judgment shall remain governed by the Court's scheduling order. (Doc. 5 ¶¶ 3-5).

IT IS SO ORDERED.

Dated: __November 6, 2025__                    _____
                                               UNITED STATES MAGISTRATE JUDGE