UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE LOPEZ ZAMORANO,<br><br>            Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | No. 1:25-cv-01174-KES-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 12) |

Pending before the Court is the parties' stipulated request to extend Plaintiff's deadline to file a motion for summary judgment from January 15, 2026, to March 13, 2026.  (Doc. 12).

For good cause shown, it is HEREBY ORDERED Plaintiff shall file a motion for summary judgment by no later than **March 13, 2026**.  The time for filing a response and any optional reply brief remains as set by the scheduling order.  *See* (Doc. 5 at 2).

IT IS SO ORDERED.

Dated:   **January 7, 2026**                              _____
                                                                              UNITED STATES MAGISTRATE JUDGE