UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARIA GUADALUPE LOPEZ ZAMORANO,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:25-cv-01174-KES-CDB (SS)

ORDER ON SECOND STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT

(Doc. 14)

Pending before the Court is Plaintiff Maria Guadalupe Lopez Zamorano's second stipulated request to extend the deadline to file a motion for summary judgment, from March 13, 2026, through and including April 10, 2026. (Doc. 14). In support, the parties represent that Plaintiff's counsel has 24 briefs due during the weeks of March 2 and March 9, 2026, and requires additional time to brief the issues in this action. *Id.* at 2.

For good cause shown, it is HEREBY ORDERED that Plaintiff shall file the motion for summary judgment no later than **April 10, 2026**. The opposition and optional reply shall be filed in accordance with the Court's scheduling order. (Doc. 5).

IT IS SO ORDERED.

Dated:   **February 27, 2026**

_____
UNITED STATES MAGISTRATE JUDGE